

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2022

No. 04-22-00113-CV

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**,
Appellant

v.

Ernest **VALDEZ,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-12244
Honorable Aaron Haas, Judge Presiding

## O R D E R

The reporter's record in this case was originally due on March 26, 2020. On April 7, 2022, this court notified Ms. Blanca Espericueta, the court reporter responsible for preparing the record, that the record was late. Ms. Espericueta was instructed to file a notification of late record no later than ten days from the date of our notification if the reporter's record had not been filed because the fee for its preparation had not been paid. Otherwise, Ms. Espericueta was instructed to file the reporter's record no later than thirty days from the date of our notification. On April 18, 2022, Ms. Espericueta filed a notification of late record stating that, due to her additional duties, she needed additional time in which to file the record. Ms. Espericueta estimated the record would be complete within thirty to sixty days.

Ms. Espericueta 's request for additional time is GRANTED IN PART. Ms. Espericueta is ORDERED to file the reporter's record **no later than May 9, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court